```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**MICHAEL L. BEATTY,**

      Plaintiff,

v.                                                     Case No. 2:14-25774

**CITY OF CHARLESTON, WV, and**
**BRIAN A. LIGHTNER, Senior Officer,**
Charleston Police Department,

      Defendants.

## MEMORANDUM OPINION AND ORDER

      The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge filed on August 5, 2015, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the plaintiff or the defendants to the PF&R; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the PF&R be, and they hereby are, adopted by the court.

      It is, accordingly, ORDERED that this action be, and hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the magistrate judge.

DATED: August 31, 2015

John T. Copenhaver, Jr.
United States District Judge